FILED
CLERK, U.S. DISTRICT COURT
APR 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Marcell Lachone Ball <br><br> Defendant. | CR 09-00965-SJO <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. [x] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal conduct and follow conditions of release_

(B) [x] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will report as required. Also, he has no bail resources or sureties._

IT IS ORDERED that defendant be detained.

DATED: 4/17/13

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2